# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
**Office of the Clerk**

| | |
|---|---|
| **Ann Thompson**<br>Court Executive | REPLY TO:<br>U.S. District Court<br>Office of the Clerk<br>1510 Whittaker Courthouse<br>400 E. Ninth Street<br>Kansas City, MO 64106 |

May 30, 2010

Re:    Reassignment to District Judge  Richard E. Dorr
       Case No.   10-3200-CV-S-REL
       Case Style:    Paul Thayil v. Simon Cowell et al

Dear Counsel,

This case has been reassigned to **District Judge Richard E. Dorr** for any and all further proceedings in the case.  The correct case number is  10-3200-CV-S-RED .  Please change your records to reflect this assignment.

Sincerely,

/s/ *Bonnie J. Rowland*
Operations Generalist