# UNITED STATES DISTRICT COURT
for the

__PAUL THAYIL__  
Plaintiff  

v.  

__CKX Inc__  
Defendant  

Civil Action No. __10-3200-CV-S-REL__

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CKX Inc.,  
650 MADISON AVENUE  
16th FLOOR  
NEW YORK, NY 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL THAYIL  
2020 E. KERR ST C109  
SPRINGFIELD, MO 65803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __5-21-10__

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) __CKX inc__
was received by me on (date) __June 13th 2010__

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): __On June 14th 2010 I mailed a certified copy to the above Company at its last known address__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6-24-10__

_____
Server's signature

__Tina R. Searan__
Printed name and title

__2020 E Kerr St, Springfield, MO__
Server's address

Bonnie Williams
BONNIE WILLIAMS
Notary Public - Notary Seal
State of Missouri, Greene County
Commission # 08381819
My Commission Expires Apr 25, 2012

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CKX inc
Legal Department
650 Madison Ave
16th FL NEW YORK
NEW YORK 10011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jessica Ra____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jessica Ra

C. Date of Delivery: 6/17/10

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0001 2094 4472

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540