IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

| | |
|---|---|
| Paul Thayil,<br><br>    Plaintiff,<br><br>vs.<br><br><br>Simon Cowell;<br>EMI Music Publishing Company;<br>SONY Music Entertainment;<br>Simon Fuller;<br>19 Entertainment;<br>CKX, Inc.; and<br>Nigel Lythgoe,<br>    Defendants. | Case no. 6:10-3200-CV-S-RED<br><br><br><br><br><br><br><br><br><br><br>Jury Trial Demanded |

## CERTIFICATE OF INTERESTED PARTIES

As ordered by this Court on July 1, 2010 and pursuant to Fed. R. Civ. P. 7.1 and LR 3.1, Paul Thayill, Plaintiff, provides the following information:

Plaintiff is a non-governmental party and discloses that the following persons or entities are financially interested in the outcome of the case:

Paul Thayil

Musicflow, L.L.C.

Date: 7/9/2010

_Paul Thayil_
Paul Thayil, Pro Se
2020 E. Kerr St., Apt. C-109
Springfield, Missouri 65803
(417) 619-1792

# CERTIFICATE OF SERVICE

IT IS HEREBY Certified that the foregoing Plaintiff's Certificate of Interested Parties has been mailed by First Class United States Mail to the following on the 9th day of July, 2010.

_Paul Thayil_
Paul Thayil

Ilene S. Farkas
Pryor Cashman, LLP
7 Times Square
New York, New York 10036

Andrea M. Kimball
Sonnenschein, Nath & Rosenthal – KCMO
4520 Main Street, Suite 100
Kansas City, Missouri 64111

Richard F. Lombardo
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, Missouri 64105

Maryaneh Mona Simonian
Pryor Cashman, LLP
7 Times Square
New York, New York 10036