IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

Paul Thayil,

    Plaintiff,

v.

Simon Cowell; et. al,

    Defendants.

Case No. 10-3200-CV-S-RED

**JOINDER OF DEFENDANT EMI ENTERTAINMENT WORLD INC.
IN THE NON-EMI DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendant EMI Entertainment World Inc. ("EMI"), by its attorneys Pryor Cashman LLP and Shaffer Lombardo Shurin, hereby joins in certain arguments and authority contained in the Motion to Dismiss the Complaint filed by defendants Sony Music Entertainment, Simon Fuller, 19 Entertainment, CKX, Inc., Simon Cowell and Nigel Lythgoe (collectively, the "Non-EMI Defendants"), filed on June 29, 2010 (*See* Court's Docket No. 18).

Specifically, EMI joins in the authority cited and the arguments made by the Non-EMI Defendants in support of their motion pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim, although EMI notes that, with respect to Section II.B.2.c. of the Non-EMI Defendants' Suggestions in Support, since EMI has and had no involvement in any of the television shows at

issue in this action, EMI relies exclusively on the factual arguments cited by the Non-EMI Defendants in this sub-section.

Dated: New York, New York
July 16, 2010

PRYOR CASHMAN LLP

By: ____/s Ilene S. Farkas_____
Ilene S. Farkas (*admitted pro hace vice*)
M. Mona Simonian (*admitted pro hace vice*)
7 Times Square
New York, New York 10036
Tel.: (212) 421-4100
Fax: (212) 326-0806
ifarkas@pryorcashman.com
msimonian@pryorcashman.com

and

Richard F. Lombardo #29478
Erin Clark #62187
SHAFFER LOMBARDO SHURIN
911 Main Street, Suite 2000
Kansas City, MO 64105
Tel.: (816) 931-0500
Fax.: (816) 931-5775
RLombardo@sls-law.com
eclark@sls-law.com

*Attorneys for Defendant*
*EMI Entertainment World Inc.*

2

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was, on this 16th day of July, electronically filed with the Clerk of the Court, using the CM/ECF system, which sent electronic notification of this filing to the defendants and a copy was sent via U.S. Mail to the plaintiff, who is a non CM/ECF participant.

Paul Thayil
2020 E. Kerr Street, Apt. C-109
Springfield, MO 65803
PLAINTIFF

Sony Music Entertainment
550 Madison Ave
New York, New York 10011
DEFENDANT

CKX, Inc.
650 Madison Ave, 16th Floor
New York, NY 10011
DEFENDANT

19 Entertainment
595 Madison, 8th Floor
New York, NY 10022
DEFENDANT

Simon Cowell
550 Madison Ave
New York, NY 10022
DEFENDANT

Simon Fuller
595 Madison Ave, 8th Floor
New York, NY 10022
DEFENDANT

Nigel Lythgoe
595 Madison Ave, 8th Floor
New York, NY 10022
DEFENDANT

    /s Ilene S. Farkas
Attorney for Defendant
EMI Entertainment World, Inc.