IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PAUL THAYIL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 10-3200-CV-S-RED |
| SIMON COWELL, ET AL., | § § § | |
| Defendants. | § | |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND MEMORANDUM

NOW COMES Paul Thayil, Plaintiff, to file this Motion for Leave to File First Amended Complaint and Memorandum and would show the Court the following, to wit:

Plaintiff filed the Original Complaint on May 21, 2010.

Plaintiff would like the opportunity to address and present additional information which was learned recently through legal research performed after the filing of the Original Complaint.

Plaintiff is filing a Motion for Leave to Amend Complaint and has complied with Rules 15.1 and 7.1 by way of this motion and memorandum.

Respectfully submitted this 5th day of August, 2010.

/s/ Paul Thayil
Paul Thayil, Pro se
2020 E. Kerr St., Apt. C-109
Springfield, Missouri 65803
(417) 619-1792

1

## VERIFICATION

IT IS HEREBY Verified that under the penalties of perjury that the foregoing Motion for Leave to File First Amended Complaint and Memorandum is true and correct to the best of my knowledge and belief.

Witness my hand and seal this 5th day of August, 2010.

_____
Paul Thayil

## CERTIFICATE OF SERVICE

IT IS HEREBY Certified that a copy of the foregoing Motion for Leave to File First Amended Complaint and Memorandum was mailed by first-class mail to the party listed below on this 5th day of August, 2010.

_____
Paul Thayil

Richard F. Lombardo
Erin E. Clark
SHAFFER LOMBARDO SHURIN
911 Main Street, Suite 2000
Kansas City, Missouri 64105

Ilene S. Farkas
M. Mona Simonian
PRYOR CASHMAN LLP
7 Time Square
New York, New York 10036

Andrea M. Kimball
Rebecca S. Stroder
SONNENSCHEIN NATH & ROSENTHAL LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111